RAYMOND GUEDE COGHLAN, Respondent, v. CHARLES FRANCIS JENKINS and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

FRED OTTE, JR., Respondent, v. INTERIOR METAL MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

THE WHITE TAR ANILINE CORPORATION, Respondent, v. SUNBEAM CHEMICAL COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

HELENE FAHS, Respondent, v. LOUIS A. FAHS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

RICHARD C. DeNORMANDIE, Respondent, v. BAY VIEW HEIGHTS LAND COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursedents. No opinion. The date for the examination to proceed to be fixed in the order. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

EMMA G. BADGELEY, Respondent, v. BERNHARD BLUMENTHAL, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

CATHERINE SULLIVAN, Appellant, v. HELEN L. ASHLEY, as Administratrix, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

FRANCES B. BONNER, Respondent, v. JESSIE DAVIDSON, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

RUDOLPH LUDWIG, Respondent, v. WARREN F. ROLLINS and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

FREDERICK W. MOORE COMPANY, Appellant (FREDERICK W. MOORE and Another, Sureties, Appellants), v. ARISTO HOSIERY COMPANY, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

M. LURIE WOOLEN CO., INC., Respondent, v. HEYMAN COHEN & SONS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.